**SO ORDERED.**

**SIGNED this 12th day of April, 2013.**


UNITED STATES BANKRUPTCY JUDGE



---

C-13-16(FTP)
(Rev. 6/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TERESA G PARRISH | ) | **ORDER DENYING MOTION AS MOOT** |
| | ) | |
| | ) | No. 11-51473 C-13W |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

    This case came before the Court on April 10, 2013 on the Trustee's Motion for Dismissal of the Case, and the Court finding that the Motion is moot, it is

    **ORDERED** that the Trustee's Motion for Dismissal of the Case, being moot, is denied without prejudice.

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 1
11-51473 C-13W

```
TERESA G PARRISH
2105 BIG PINE DRIVE
MATTHEWS NC 28105

BRIAN P HAYES
FERGUSON SCARBROUGH & HAYES PA
PO BOX 444
CONCORD NC 28026-0444

BROCK & SCOTT/SEAN M CORCORAN
ATTY FOR BANK OF AMERICA
5121 PARKWAY PLAZA DR STE 300
CHARLOTTE NC 28217

BASS & ASSOCIATES PC
ATTY FOR HSBC BANK NEVADA NA
3936 E FT LOWELL RD SUITE #200
TUCSON AZ 85712

KATHRYN L BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON SALEM NC 27102 2115
```